FILED
2014 Jul-09 PM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JANET COATES, as an individual and as a representative of the classes,** | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| V. | ) CASE NO. 2:14-cv-01079-KOB |
| **MIDFIRST BANK DBA MIDLAND MORTGAGE AND FIRSTINSURE, INC.** | )<br>)<br>)<br>)<br>) |
| Defendants. | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants identified in the Complaint as MidFirst Bank dba Midland Mortgage ("MidFirst") and FirstInsure, Inc. ("FirstInsure") (collectively "Defendants") file with the Court this Unopposed Motion for Extension of Time to File Responsive Pleading as follows:

1. Undersigned counsel has recently been retained by Defendants as local counsel.

2. The Summonses filed in this action reflect a service date of the Complaint on the Defendants on June 23, 2014, making Defendants' pleading in response to Plaintiff's Complaint due on July 14, 2014.

DOCSBHM\2019526\1

3. Counsel for Defendants has contacted Plaintiff's Counsel to request additional time in which to file a responsive pleading to Plaintiff's Complaint. Plaintiff's Counsel has agreed to give Defendants until August 4, 2014 to file Defendants' responsive pleading.

WHEREFORE, PREMISES CONSIDERED, Defendants request the Court grant this Unopposed Motion for Extension of Time to File Responsive Pleading, giving Defendants through and until August 4, 2014 to file a pleading in response to Plaintiff's Complaint.

        s/ R. Ryan Daugherty
Kerry P. McInerney (ASB 7857-N75K)
R. Ryan Daugherty (ASB-1653-B34D)
Attorneys for Defendants
MidFirst Bank, N.A. and FirstInsure, Inc.

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 212-3851
Email: kmcinerney@sirote.com
       rdaugherty@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, or, by mailing a copy of the foregoing via U.S. Mail, postage prepaid:

| | |
|---|---|
| Joseph C. Hashmall | Andrew England Brashier |
| Kai H. Richter | Archibald I. Grubb , II |
| NICHOLS KASTER PLLP | BEASLEY ALLEN CROW METHVIN |
| 80 South 8th Street, 4600 Ids Center | PORTIS & MILES PC |
| Minneapolis, MN 55402 | 218 Commerce Street |
| | Montgomery, AL 36104 |

                                                s/ R. Ryan Daugherty
                                                OF COUNSEL